UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYFRONT MEDICAL CENTER, INC.        )<br>                                                                 )<br>                    Plaintiff,                         )<br>                                                                 )<br>       vs.                                                   )           Civil Action No. _____<br>                                                                 )<br>MICHAEL O. LEAVITT, Secretary,       )<br>U.S. Department of Health and              )<br>Human Services,                                    )<br>                                                                 )<br>                    Defendant.                      )<br>                                                                 ) | |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiff, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of plaintiff which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                                                          Attorney of Record

                                                                          */s/ Christopher L. Crosswhite*
                                                                          Christopher L. Crosswhite
                                                                          D.C. Bar No. 450927
                                                                          DUANE MORRIS LLP
                                                                          505 9th Street, N.W., Suite 1000
                                                                          Washington, DC 20004-2166
                                                                          (202) 776-7846 (phone)
                                                                          (202) 776-7801 (fax)

Date: February 13, 2007

DM2\1373397.1