UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BAYFRONT MEDICAL CENTER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 08-0249 (PLF) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department of | ) | |
| Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

**PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

/s/
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372