UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYFRONT MEDICAL CENTER, INC.,     ) | |
|                                        ) | |
|         Plaintiff,         ) | |
|                                        ) | |
|     v.                                ) | Case No.1:08-CV-00249 (PLF) |
|                                        ) | |
| MICHAEL O. LEAVITT, Secretary,     ) | |
| U.S. Department of Health and Human Services,     ) | |
|                                        ) | |
|         Defendant.         ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 60 days, up to and including June 23, 2008, within which to respond to Plaintiff's Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision of the Secretary regarding Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. Agency counsel has only recently received the administrative record in this case, and due to its size (it consists of 4 volumes and 1,549 pages), agency counsel needs additional time

to adequately review the record and consult with his client before an appropriate response to Plaintiff's Complaint can be submitted.

    4. The Secretary's response to Plaintiff's Complaint is currently due by April 25, 2008. In order to allow sufficient time for preparation of an appropriate response to Plaintiff's Complaint, the Secretary respectfully requests an enlargement of time of 60 days, up to and including June 23, 2008, within which to respond to the Complaint.

    5. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will not affect any other deadlines in this case since no scheduling order has yet been entered.

    6. Pursuant to Local Civil Rule 7(m), on April 23, 2008, the Secretary's counsel conferred with counsel for Plaintiff via telephone. Plaintiff's counsel stated that Plaintiff has no objection to the requested relief.

    7. This request is made in good faith and not for purposes of delay.

    A proposed Order is attached.

    Respectfully submitted,

    /s/
JEFRREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

       /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Bar No. 4202982
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0372 (phone)
(202) 514-8780 (fax)


       /s/
DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYFRONT MEDICAL CENTER, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health and Human Services, )<br>)<br>    Defendant. )<br>_____) | Case No.1:08-CV-00249 (PLF) |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before June 23, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel