UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYFRONT MEDICAL CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civ. Action No. 08-0249 (PLF) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of  ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the administrative record in the above-captioned action. The record, which contains four volumes, exceeds 500 pages and thus, in accordance with the Court's ECF rules, has been filed and served in hard copy only.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing Defendant's Notice of Filing of Administrative Record, with a copy of the Administrative Record, has been sent by Federal Express, this 7th day of July, 2008, addressed to:

Christopher L. Crosswhite
DUANE MORRIS LLP
505 9th Street, NW
Suite 1000
Washington, DC 20004-2166
(202) 776-7846

              /s/
              Christopher B. Harwood