## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                         )
BAYFRONT MEDICAL CENTER, INC.            )
                                         )
                    Plaintiff,           )
                                         )
          vs.                            )          Case No. 1:08-cv-00249 (PLF)
                                         )
MICHAEL O. LEAVITT, Secretary,           )
U.S. Department of Health and            )
Human Services,                          )
                                         )
                    Defendant.           )
_____)

## JOINT PROPOSED SCHEDULING ORDER

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services, and for Plaintiff Bayfront Medical Center, Inc. have conferred and hereby submit a proposed schedule to govern this case, as directed by the Court.

1.  This case is an action for review of a final decision of Defendant, the Secretary of Health and Human Services, denying Plaintiff's request for certain Medicare reimbursement. Plaintiff brings this action pursuant to 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act ("APA"). As such, this case is reviewed on the administrative record pursuant to the APA, 5 U.S.C. § 701 et. seq.

2.  On June 26, 2008, subsequent to the filing of Defendant's answer in this action, the Court entered an order directing that the parties file a joint proposed scheduling order to govern this action on or before July 18, 2008.

2.  The parties have conferred and determined that this case can be resolved by cross-motions for summary judgment.

3.  Subject to approval of the Court, the parties have agreed to the following briefing schedule for cross-motions for summary judgment, which is incorporated in the attached proposed scheduling order:

September 17, 2008:    Plaintiff's Motion for Summary Judgment

October 29, 2008:    Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment

December 10, 2008:    Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment

January 21, 2009:    Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment

4.  Should the Court believe that oral argument would be helpful, the parties respectfully request that the Court set this matter down for oral argument as soon thereafter as may be convenient for the Court.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
New York Registration No. 4202982
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0372
(202) 514-8780 (fax)

_____/s/_____
DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Cohen Building, Rm 5328
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 260-3860
(202) 401-1405 (fax)


OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
Counsel for Litigation
United States Department of
Health and Human Services

ATTORNEYS FOR DEFENDANT




_____/s/_____
CHRISTOPHER L. CROSSWHITE
D.C. Bar No. 450927
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC  20004-2166
(202) 776-7846 (phone)
(202) 776-7801 (fax)

JOANNE B. ERDE, P.A.
Duane Morris LLP
200 S. Biscayne Boulevard
Suite 3400
Miami, FL  33131
(305) 960-2218

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
BAYFRONT MEDICAL CENTER, INC.     )
                                         )
           Plaintiff,     )
                                         )
           vs.        )     Case No. 1:08-cv-00249 (PLF)
                                       )
MICHAEL O. LEAVITT, Secretary,     )
U.S. Department of Health and     )
Human Services,     )
                                       )
           Defendant.     )
_____)

## PROPOSED SCHEDULING ORDER

Upon review of the parties' Joint Proposed Scheduling Order and finding that the briefing

schedule proposed by the parties is acceptable to the Court, it is this _____ day of

_____, 2008, hereby ORDERED that:

Summary judgment motions, oppositions, and replies shall be filed with the Court in

accordance with the following schedule:

September 17, 2008:   Plaintiff's Motion for Summary Judgment

October 29, 2008:   Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment

December 10, 2008:   Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment

January 21, 2009:   Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge